# Third District Court of Appeal
## State of Florida

Opinion filed February 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0661
Lower Tribunal No. 23-16683-CA-01
_____

**Florida Department of Juvenile Justice,**
Appellant,

vs.

**Dayven N. Mallet,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Daryl E. Trawick, Judge.

Hamilton, Miller & Birthisel, LLP and Bradley A. Silverman and Michael J. Dono, for appellant.

Feiler & Leach, P.L., and Martin E. Leach, for appellee.

Before MILLER, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.